

# United States District Court
# Eastern District of California

JAMIE PALACPAC

Plaintiff(s)

V.

SCHLUMBERGER, et al.

Defendant(s)

Case Number:  1:23-cv-00318-KES-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, MaryJo Lovie Roberts hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Schlumberger Technology Corporation and Amanda Orvis

On 10/13/2006 (date), I was admitted to practice and presently in good standing in the Supreme Court of Louisiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/22/2026

Signature of Applicant: /s/ MaryJo L. Roberts

**Pro Hac Vice Attorney**

Applicant's Name: MaryJo Lovie Roberts

Law Firm Name: The Kullman Firm

Address: 1100 Poydras Street, Suite 1600

City: New Orleans       State: LA   Zip: 70163

Phone Number w/Area Code: (504) 596-4195

City and State of Residence: New Orleans, Louisiana

Primary E-mail Address: mlr@kullmanlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Heather D. Hearne

Law Firm Name: The Kullman Firm

Address: 10233 South Parker Rd., Suite 306

City: Parker       State: CO   Zip: 80134

Phone Number w/Area Code: (720) 447-6628       Bar # 254496

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   January 23, 2026       _____
                                 U.S. Magistrate Judge Christopher D. Baker