

# United States District Court
# Eastern District of California

| JAMIE PALACPAC |
|---|

Plaintiff(s)

V.

| SCHLUMBERGER, et al. |
|---|

Defendant(s)

Case Number:   1:23-cv-00318-KES-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew J. Braquet hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Schlumberger Technology Corporation and Amanda Orvis

On _____10/14/2019_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Louisiana_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____01/22/2026_____     Signature of Applicant: /s/ Matthew J. Braquet

**Pro Hac Vice Attorney**

Applicant's Name: Matthew J. Braquet

Law Firm Name: The Kullman Firm

Address: 4605 Bluebonnet Blvd. Suite A

City: Baton Rouge, LA    State: LA    Zip: 70809

Phone Number w/Area Code: (225) 906-4232

City and State of Residence: Baton Rouge, LA

Primary E-mail Address: mjb@kullmanlaw.com

Secondary E-mail Address: sbs@kullmanlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Heather D. Hearne

Law Firm Name: The Kullman Firm

Address: 10233 South Parker Rd., Ste. 306

City: Parker    State: CO    Zip: 80134

Phone Number w/Area Code: (720) 447-6628    Bar # 254496

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  January 23, 2026    _____
U.S. Magistrate Judge Christopher D. Baker