UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMIE PALACPAC,

          Plaintiff,

    v.

SCHLUMBERGER TECHNOLOGY
CORPORATION, *et al.*,

          Defendants.

Case No. 1:23-cv-00318-KES-CDB

ORDER ON UNOPPOSED MOTION
EXTENDING TIME FOR DEFENDANT
SCHLUMBERGER LIMITED TO RESPOND
TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

(Doc. 43)

Plaintiff Jaime Palacpac ("Plaintiff") initiated this action and filed the operative, first amended complaint ("FAC") in state court on January 30, 2023, before Defendants Schlumberger Technology Corporation and Amanda Orvis removed the case to this Court on March 2, 2023.[1] (Doc. 1).

On January 8, 2026, the Court denied Plaintiff's motion to remand. (Doc. 23). On February 10, 2026, the Court entered the operative scheduling order setting forth dates and deadlines for discovery, pretrial motions, pretrial conference and trial. (Doc. 35). The Court acknowledged in the order that "[a]t the scheduling conference, the parties disputed whether Plaintiff properly effected service of process upon non-appearing Defendant Schlumberger

---

[1] On February 2, 2026, Defendants Schlumberger, Schlumberger Corporation, Schlumberger Technology Corp., and "Tim Small" (erroneously named for Robert Little) were terminated from this action following Plaintiff's filing of a notice of voluntary dismissal without prejudice as to those Defendants. (Docs. 31, 32).

Limited (*cf.* Doc. 30, summons returned executed).  Notwithstanding the nonappearance of Defendant Schlumberger Limited, the parties agreed to proceed with the scheduling conference." *Id.* at 2.  On March 13, 2026, Plaintiff returned a waiver of service as to Defendant Schlumberger Limited, making Schlumberger Limited's deadline to file a responsive pleading on May 8, 2026. (Doc. 38).

Pending before the Court is Defendant Schlumberger Limited's ("Defendant") unopposed motion for an extension of time to May 22, 2026, to file a responsive pleading, filed on May 6, 2026.  (Doc. 43).  Defendant represents that Plaintiff's counsel does not oppose the requested extension, and that good cause exists as Defendant needs additional time to investigate the FAC's allegations and prepare a responsive pleading.  *Id.* ¶¶ 2, 3.

In light of the Defendant's representations, and Plaintiff's non-opposition to the request, the Court will extend the deadline for Defendant to respond to the FAC.

### **Conclusion and Order**

Accordingly, for good cause shown, IT IS HEREBY ORDERED that Defendant Schlumberger Limited shall file its response Plaintiff's FAC no later than **May 22, 2026**.

IT IS SO ORDERED.

Dated:   **May 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE